Third Circuit denied because of failure to file the petition within the time prescribed by the statute. *Mr. David H. Bilder* for petitioner. *Mr. James D. Carpenter, Jr.,* and *Mr. John M. Enright* for respondent.

---

No. 578. UNITED STATES *v.* LIPPMANN, SPIER & HAHN. November 13, 1922. Petition for a writ of certiorari to the United States Court of Customs Appeals denied because of failure to file the petition within the time prescribed by the statute. *Mr. Solicitor General Beck* and *Mr. William C. Herron* for the United States. *Mr. George J. Puckhafer* for respondent. [See *post,* 742.]

---

No. 611. SIMMONS HARDWARE COMPANY *v.* SOUTHERN RAILWAY COMPANY. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied because of failure to file the petition within the time prescribed by the statute. *Mr. L. L. Leonard* and *Mr. Shepard Barclay* for petitioner. *Mr. Edward C. Kramer, Mr. Bruce A. Campbell, Mr. Alex. P. Humphrey* and *Mr. Edward P. Humphrey* for respondent.

---

No. 641. LOUIS WEISS *v.* UNITED STATES. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied because of failure to file the petition within the time prescribed by the statute. *Mr. Solomon P. Roderick* for petitioner. No brief filed for the United States.

---

No. 433. NEW YORK CENTRAL RAILROAD COMPANY *v.* MIDDLEPORT GAS & ELECTRIC LIGHT COMPANY. Petition for a writ of certiorari to the Supreme Court of the State of New York. November 20, 1922. The petition for cer-